UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FERNELL W. DRUMMER, JR.,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1010** |
| **JOSEPH P. LOPINTO, III, ET AL.,**<br>    Defendants | **SECTION: "E" (3)** |

### ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Drummer's claims against Jefferson Parish Sheriff's Office are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Drummer's claims against defendant Sheriff Lopinto are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Drummer's claims against defendant District Attorney Connick are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant.

**IT IS FURTHER ORDERED** that Drummer's equal protection claims against

---

[1] R. Doc. 11.

defendants Acosta and Robinson are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Drummer's official capacity claims against defendants Acosta, Robinson, and Billiot are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Drummer's individual capacity claims against defendants Acosta, Robinson, and Billiot for false arrest, false prosecution and falsification of evidence, his excessive force claim against Robinson, and his bystander liability claim against Robinson are **STAYED**.

**IT IS FURTHER ORDERED** the Clerk of Court mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that, within sixty (60) days after the finality of Drummer's conviction or upon disposition of the charges in his favor, Drummer shall move to reopen the matter for further proceedings consistent with *Heck v. Humphrey*, 512 U.S. 477 (1994). The failure timely to file the motion to reopen may waive his opportunity to proceed with this civil action.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over the stayed claims and that the case may be restored to the trial docket pending a properly filed motion once Drummer's criminal proceedings are concluded so that the claims may proceed to final disposition.

**New Orleans, Louisiana, this 2nd day of October, 2025.**

*[signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**